UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOHN F. OSBORN,
    Petitioner,

vs.                                            Case No.:  5:20cv6/RV/EMT

FLORIDA DEPARTMENT
OF CORRECTIONS,
    Respondent.
_____/

## **ORDER**

The chief magistrate judge issued a Report and Recommendation on October 20, 2020 (ECF No. 22).  The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined that it should be adopted.

Accordingly, it is **ORDERED**:

1.    The chief magistrate judge's Report and Recommendation (ECF No. 22) is adopted and incorporated by reference in this order.

2. Respondent's motion to dismiss (ECF No. 12) is **GRANTED** as to Issues Two and Three of Petitioner's habeas petition (ECF No. 1), and those two issues are **DISMISSED** as untimely.

3. Issue One of Petitioner's habeas petition (ECF No. 1) is **DENIED** for failing to state a cognizable claim.

4. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 30th day of November 2020.

/s/ Roger Vinson
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No.:  5:20cv6/RV/EMT